U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 1 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MOMO TORBOR FAHNBULLEH | CIVIL ACTION NO. 08-1718 |
| versus | JUDGE TRIMBLE |
| MICHAEL MUKASEY, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the magistrate judge's report and recommendation[1] previously issued herein, noting the absence of objections thereto, and after an independent review of the record, it is hereby

**ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss[2] is **GRANTED** and, accordingly, it is further

**ORDERED, ADJUDGED AND DECREED** that the petitioner's petition for writ of habeas corpus is **DISMISSED** with prejudice as moot.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this _____ day of March, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 12.

[2] R. 7.